IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>KEVIN IRRIZARY-MONTALVO,<br><br>Defendant. | INDICTMENT<br><br>Criminal No. 14-658 (PAD)<br><br>Violations:<br>18 U.S.C. § 641,<br>18 U.S.C. §§ 924(l) and 924(a)(2).<br><br>Forfeiture:<br>18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461<br>(TWO COUNTS) |

**THE GRAND JURY CHARGES**

**COUNT ONE**
**Theft of Government Property**
**(Title 18, United States Code, Section 641)**

On or about September 5, 2014, in the District of Puerto Rico and within the jurisdiction of this Court,

**KEVIN IRRIZARY-MONTALVO,**

the defendant herein, willfully and knowingly did steal and purloin a firearm, that is a Beretta pistol, Model M9, 9mm, bearing serial number 131-6193, of the approximate value of $636 in US currency, of the goods and property of the United States, in violation of Title 18 United States Code, Section §641.

**(Left Blank Intentionally)**

## COUNT TWO
### Stealing a firearm
### (Title 18, United States Code, Section 924(l))

On or about September 5, 2014, in the District of Puerto Rico, and within the jurisdiction of this Court,

**KEVIN IRRIZARY-MONTALVO,**

the defendant herein, stole a firearm, that is, a Beretta pistol, Model M9, 9mm, bearing serial number 131-6193, which has moved in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 924(l) and 924(a)(2).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
### (18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

The allegations contained in Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offense in violation of Title 18, United States Code, Sections 924(c) set forth in Count TWO, of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to, a Beretta pistol, Model M9, 9mm, bearing serial number 131-6193.   All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

ROSA EMILIA RODRIGUEZ-VELEZ
**United States Attorney**

_____
~~José~~ Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

FOREPERSON

Date: 10/30/2014

_____
**José Capó-Iriarte**
Assistant United States Attorney
Chief, Violent Crimes Unit

_____
**Max Pérez-Bouret**
Assistant United States Attorney

3